UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COTTRELL BROADNAX,

    Petitioner,

v.

M. MELENDEZ, et al.,

    Respondent.

Case No. 22-cv-04348-JD

**ORDER OF DISMISSAL**

Petitioner, a state prisoner acting pro se, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee or filed a complete application to proceed IFP. The case is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 4, 2022

_____
JAMES DONATO
United States District Judge